IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>         Plaintiffs,           )<br>                                                            )<br>   vs.                                                  )<br>                                                            )<br>TIMOTHY M. FELTON,                       )<br>                                                            )<br>         Defendants.       )<br>                                                            ) | 4:10CR3091<br><br>Order |

Before the Court is the request for transcript of Sentencing hearing held on March 21, 2013.

IT IS ORDERED:

1. The request for transcript, filing [126] is granted.

2. Timothy M. Felton, is ordered to pay to the Clerk of Court the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on March 21, 2013. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: April 2, 2014

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge