IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TIMOTHY M. FELTON, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a report from the Probation Office (filing 141) indicating that the defendant is ineligible for a sentence reduction under Amendment 782. Counsel have been notified of the Probation Office's determination.

IT IS ORDERED that a sentence reduction under Amendment 782 (filing 132) is denied.

Dated September 3, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge