IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY M. FELTON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant has filed a Notice of Appeal (Filing 149), which duplicates his prior Notice of Appeal (Filing 144) that is now pending in the Eighth Circuit Court of Appeals. Accordingly,

    IT IS ORDERED:

    1.    Defendant's Notice of Appeal (Filing 149) is not taken in good faith because the Notice of Appeal duplicates Defendant's prior Notice of Appeal (Filing 144), which is now pending in the Eighth Circuit Court of Appeals;

    2.    Defendant is not entitled to proceed in forma pauperis on his most recent Notice of Appeal (Filing 149);

    3.    The Clerk of the Court shall not process an appeal to the United States Court of Appeals for the Eighth Circuit on the basis of Defendant's most recent Notice of Appeal (Filing 149); and

    4.    Pursuant to Fed. R. App. P. 24(a)(4), the Clerk of the Court shall forward a copy of this order to the Clerk of the United States Court of Appeals for the Eighth Circuit.

DATED this 22nd day of September, 2015.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.